UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERIC OLSON,

|  |  |  |
|---|---|---|
| | Plaintiff, | **ORDER** |
| -against- | | 23 Civ. 4759 (JCM) |
| ERIK LEICHT, *et al.*, | | |
| | Defendants. | |

-----------------------------------------------------------X

At a telephone conference on October 25, 2023, the Court directed counsel for Plaintiff to file a *pro hac vice* motion by November 1, 2023. To date, no motion has been filed. Therefore, Plaintiff's counsel is directed to immediately comply with the Court's Order and, by November 6, 2023, submit a letter to the Court explaining his failure to timely file his motion.

Dated:    November 3, 2023
          White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge