UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ERIC OLSON,

                Plaintiff,                      **ORDER**

    -against-                          23 Civ. 4759 (JCM)

ERIK LEICHT, *et al.*,

                Defendants.
--------------------------------------------------------X

        On November 7, 2023, this Court scheduled a telephone conference for December 18, 2023 at 11:30 a.m. (Docket No. 16). Counsel for defendants did not appear at the December 18, 2023 conference, nor did he contact the Court to request an adjournment or otherwise notify the Court of an inability to attend the conference.

        Accordingly, counsel for defendants is directed to submit a letter to the Court by close of business December 20, 2023 explaining his failure to appear. Furthermore, all counsel shall participate in a telephone conference on January 5, 2024 at 10:00 a.m. Counsel shall call 877-873-8017 and enter access code 4264138 at the time of the conference.

Dated:    December 18, 2023
             White Plains, New York

                                                   **SO ORDERED:**

                                                   JUDITH C. McCARTHY
                                                   United States Magistrate Judge